# EXHIBIT A

# ALABAMA SJIS CASE DETAIL

**PREPARED FOR: JESSICA ATKINSON**



County: **12**      Case Number: **CV-2022-900064.00**      Court Action:
Style: **JAN MONCUS V. SAFECO INSURANCE COMPANY OF AMERICA ET AL**

`Real Time`

## Case

### Case Information

| | | | | | |
|---|---|---|---|---|---|
| County: | **12-CHAMBERS** | Case Number: | **CV-2022-900064.00** | Judge: | **SRP:STEVEN R. PERRYMAN** |
| Style: | **JAN MONCUS V. SAFECO INSURANCE COMPANY OF AMERICA ET AL** | | | | |
| Filed: | **08/26/2022** | Case Status: | **ACTIVE** | Case Type: | **NEGLIGENCE-GENERAL** |
| Trial Type: | **JURY** | Track: | | Appellate Case: | **0** |
| No of Plaintiffs: | **1** | No of Defendants: | **2** | | |

### Damages

| | | | | | |
|---|---|---|---|---|---|
| Damage Amt: | **0.00** | Punitive Damages: | **0.00** | General Damages: | **0.00** |
| No Damages: | | Compensatory Damages: | **0.00** | | |
| Pay To: | | Payment Frequency: | | Cost Paid By: | |

### Court Action

| | | | | | |
|---|---|---|---|---|---|
| Court Action Code: | | Court Action Desc: | | Court Action Date: | |
| Num of Trial days: | **0** | Num of Liens: | **0** | Judgment For: | |
| Dispositon Date of Appeal: | | Disposition Judge: | : | Disposition Type: | |
| Revised Judgement Date: | | Minstral: | | Appeal Date: | |
| Date Trial Began but No Verdict (TBNV1): | | | | | |
| Date Trial Began but No Verdict (TBNV2): | | | | | |

### Comments

Comment 1:
Comment 2:

### Appeal Information

| | | | | | |
|---|---|---|---|---|---|
| Appeal Date: | | Appeal Case Number: | | Appeal Court: | |
| Appeal Status: | | Orgin Of Appeal: | | | |
| Appeal To: | | Appeal To Desc: | | LowerCourt Appeal Date: | |
| Disposition Date Of Appeal: | | | Disposition Type Of Appeal: | | |

### Administrative Information

| | | | | | |
|---|---|---|---|---|---|
| Transfer to Admin Doc Date: | | Transfer Reason: | | Transfer Desc: | |
| Number of Subponeas: | | Last Update: | **08/26/2022** | Updated By: | **AJA** |

## Parties

### Party 1 - Plaintiff INDIVIDUAL - MONCUS JAN

#### Party Information

| | | | | | | |
|---|---|---|---|---|---|---|
| Party: | **C001-Plaintiff** | Name: | **MONCUS JAN** | | Type: | **I-INDIVIDUAL** |
| Index: | **D SAFECO INSUR** | Alt Name: | | Hardship: | **No** | JID: | **SRP** |
| Address 1: | **603 MARTHA STREET** | | | Phone: | **(334) 000-0000** | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Address 2: | | | | | | |
| City: | **MONTGOMERY** | State: | **AL** | Zip: | **36104-0000** | Country: **US** |
| SSN: | **XXX-XX-X999** | DOB: | | Sex: | | Race: |

### Court Action

| | | | |
|---|---|---|---|
| Court Action: | | Court Action For: | Court Action Date: |
| Amount of Judgement: **$0.00** | | | Exemptions: |
| Cost Against Party: **$0.00** | | Other Cost: **$0.00** | Date Satisfied: |
| Comment: | | | Arrest Date: |
| Warrant Action Date: | | Warrant Action Status: | Status Description: |

### Service Information

| | | | |
|---|---|---|---|
| Issued: | Issued Type: | Reissue: | Reissue Type: |
| Return: | Return Type: | Return: | Return Type: |
| Served: | Service Type | Service On: | Notice of No Answer: Served By: |
| Answer: | Answer Type: | Notice of No Service: | |

### Attorneys

| Number | Attorney Code | Type of Counsel | Name | Email | Phone |
|---|---|---|---|---|---|
| Attorney 1 | SAN048 | | SANSPREE CHRISTOPHER EUGE | CHRIS.SANSPREE@ SANSPREELAW.COM | (334) 262-1001 |

## Party 2 - Defendant BUSINESS - SAFECO INSURANCE COMPANY OF AMERICA

### Party Information

| | | | | | | |
|---|---|---|---|---|---|---|
| Party: | **D001-Defendant** | Name: | **SAFECO INSURANCE COMPANY OF AMERICA** | | Type: | **B-BUSINESS** |
| Index: | **C MONCUS JAN** | Alt Name: | | Hardship: **No** | JID: | **SRP** |
| Address 1: | **C/O CORP. SERV. CO., INC.** | | | Phone: **(334) 000-0000** | | |
| Address 2: | **641 SOUTH LAWRENCE STREET** | | | | | |
| City: | **MONTGOMERY** | State: | **AL** | Zip: | **36104-0000** | Country: **US** |
| SSN: | **XXX-XX-X999** | DOB: | | Sex: | | Race: |

### Court Action

| | | | |
|---|---|---|---|
| Court Action: | | Court Action For: | Court Action Date: |
| Amount of Judgement: **$0.00** | | | Exemptions: |
| Cost Against Party: **$0.00** | | Other Cost: **$0.00** | Date Satisfied: |
| Comment: | | | Arrest Date: |
| Warrant Action Date: | | Warrant Action Status: | Status Description: |

### Service Information

| | | | |
|---|---|---|---|
| Issued: **08/26/2022** | Issued Type: **C-CERTIFIED MAIL** | Reissue: | Reissue Type: |
| Return: | Return Type: | Return: | Return Type: |
| Served: | Service Type | Service On: | Notice of No Answer: Served By: |
| Answer: | Answer Type: | Notice of No Service: | |

### Attorneys

| Number | Attorney Code | Type of Counsel | Name | Email | Phone |
|---|---|---|---|---|---|
| Attorney 1 | 000000 | | PRO SE | | |

## Party 3 - Defendant BUSINESS - MARSH & MCLENNAN AGENCY, LLC

## Party Information

| | | | |
|---|---|---|---|
| Party: | D002-Defendant | Name: | MARSH & MCLENNAN AGENCY, LLC | Type: | B-BUSINESS |

| | | | |
|---|---|---|---|
| Party: | D002-Defendant | Name: | MARSH & MCLENNAN AGENCY, LLC | Type: | B-BUSINESS |
| Index: | C MONCUS JAN | Alt Name: | | Hardship: No | JID: SRP |
| Address 1: | C/O CT CORP. SYS. | | | Phone: | (334) 000-0000 |
| Address 2: | 2 N JACKSON ST, STE 605 | | | | |
| City: | MONTGOMERY | State: AL | | Zip: 36104-0000 | Country: US |
| SSN: | XXX-XX-X999 | DOB: | | Sex: | Race: |

## Court Action

| | | | | | |
|---|---|---|---|---|---|
| Court Action: | | Court Action For: | | Court Action Date: | |
| Amount of Judgement: | $0.00 | | | Exemptions: | |
| Cost Against Party: | $0.00 | Other Cost: | $0.00 | Date Satisfied: | |
| Comment: | | | | Arrest Date: | |
| Warrant Action Date: | | Warrant Action Status: | | Status Description: | |

## Service Information

| | | | | | |
|---|---|---|---|---|---|
| Issued: | 08/26/2022 | Issued Type: | C-CERTIFIED MAIL | Reissue: | | Reissue Type: | |
| Return: | | Return Type: | | Return: | | Return Type: | |
| Served: | | Service Type | | Service On: | | Served By: | |
| Answer: | | Answer Type: | | Notice of No Service: | | Notice of No Answer: | |

## Attorneys

| Number | Attorney Code | Type of Counsel | Name | Email | Phone |
|---|---|---|---|---|---|
| Attorney 1 | 000000 | | PRO SE | | |

## Financial

### Fee Sheet

| Fee Status | Admin Fee | Fee Code | Payor | Payee | Amount Due | Amount Paid | Balance | Amount Hold | Garnish Party |
|---|---|---|---|---|---|---|---|---|---|
| ACTIVE | N | AOCC | C001 | 000 | $18.34 | $18.34 | $0.00 | $0.00 | 0 |
| ACTIVE | N | CONV | C001 | 000 | $0.00 | $20.69 | $0.00 | $0.00 | 0 |
| ACTIVE | N | CV05 | C001 | 000 | $354.00 | $354.00 | $0.00 | $0.00 | 0 |
| ACTIVE | N | JDMD | C001 | 000 | $100.00 | $100.00 | $0.00 | $0.00 | 0 |
| ACTIVE | N | VADM | C001 | 000 | $45.00 | $45.00 | $0.00 | $0.00 | 0 |
| | | | | Total: | $517.34 | $538.03 | -$20.69 | $0.00 | |

### Financial History

| Transaction Date | Description | Disbursement Accoun | Transaction Batch | Receipt Number | Amount | From Party | To Party | Money Type | Admin Fee | Reason | Attorney | Operator |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08/30/2022 | CREDIT | CONV | 2022218 | 193978000 | $20.69 | C001 | 000 | | N | | | LIB |
| 08/30/2022 | RECEIPT | AOCC | 2022218 | 193977000 | $18.34 | C001 | 000 | | N | | | LIB |
| 08/30/2022 | RECEIPT | CV05 | 2022218 | 193979000 | $354.00 | C001 | 000 | | N | | | LIB |
| 08/30/2022 | RECEIPT | JDMD | 2022218 | 193980000 | $100.00 | C001 | 000 | | N | | | LIB |
| 08/30/2022 | RECEIPT | VADM | 2022218 | 193981000 | $45.00 | C001 | 000 | | N | | | LIB |

## Case Action Summary

| Date: | Time | Code | Comments | Operator |
|---|---|---|---|---|
| 8/26/2022 | 4:15 PM | FILE | FILED THIS DATE: 08/26/2022          (AV01) | AJA |
| 8/26/2022 | 4:15 PM | SCAN | CASE SCANNED STATUS SET TO: N          (AV01) | AJA |
| 8/26/2022 | 4:15 PM | TDMJ | JURY TRIAL REQUESTED          (AV01) | AJA |
| 8/26/2022 | 4:15 PM | ASSJ | ASSIGNED TO JUDGE: STEVEN R PERRYMAN          (AV01) | AJA |

| 8/26/2022 | 4:15 PM | EORD | E-ORDER FLAG SET TO "Y" (AV01) | AJA |
|---|---|---|---|---|
| 8/26/2022 | 4:15 PM | STAT | CASE ASSIGNED STATUS OF: ACTIVE (AV01) | AJA |
| 8/26/2022 | 4:15 PM | ORIG | ORIGIN: INITIAL FILING (AV01) | AJA |
| 8/26/2022 | 4:15 PM | C001 | C001 PARTY ADDED: MONCUS JAN (AV02) | AJA |
| 8/26/2022 | 4:15 PM | C001 | C001 E-ORDER FLAG SET TO "Y" (AV02) | AJA |
| 8/26/2022 | 4:15 PM | C001 | LISTED AS ATTORNEY FOR C001: SANSPREE CHRISTOPHER | AJA |
| 8/26/2022 | 4:15 PM | C001 | INDIGENT FLAG SET TO: N (AV02) | AJA |
| 8/26/2022 | 4:15 PM | D001 | D001 PARTY ADDED: SAFECO INSURANCE COMPANY OF AMER | AJA |
| 8/26/2022 | 4:15 PM | D001 | INDIGENT FLAG SET TO: N (AV02) | AJA |
| 8/26/2022 | 4:15 PM | D001 | CERTIFIED MAI ISSUED: 08/26/2022 TO D001 (AV02) | AJA |
| 8/26/2022 | 4:15 PM | D001 | LISTED AS ATTORNEY FOR D001: PRO SE (AV02) | AJA |
| 8/26/2022 | 4:15 PM | D001 | D001 E-ORDER FLAG SET TO "Y" (AV02) | AJA |
| 8/26/2022 | 4:15 PM | D002 | CERTIFIED MAI ISSUED: 08/26/2022 TO D002 (AV02) | AJA |
| 8/26/2022 | 4:15 PM | D002 | LISTED AS ATTORNEY FOR D002: PRO SE (AV02) | AJA |
| 8/26/2022 | 4:15 PM | D002 | D002 PARTY ADDED: MARSH & MCLENNAN AGENCY, LLC | AJA |
| 8/26/2022 | 4:15 PM | D002 | D002 E-ORDER FLAG SET TO "Y" (AV02) | AJA |
| 8/26/2022 | 4:15 PM | D002 | INDIGENT FLAG SET TO: N (AV02) | AJA |
| 8/26/2022 | 4:15 PM | ECOMP | COMPLAINT E-FILED. | SAN048 |
| 8/31/2022 | 9:42 AM | ESCAN | SCAN - FILED 8/31/2022 - RETURN RECEIPT | THM |
| 8/31/2022 | 9:42 AM | ESCAN | SCAN - FILED 8/31/2022 - RETURN RECEIPT | THM |

## Images

| Date: | Doc# | Title | Description | Pages |
|---|---|---|---|---|
| 8/26/2022 4:15:44 PM | 1 | CIVIL_COVER_SHEET | CIRCUIT COURT - CIVIL CASE | 1 |
| 8/26/2022 4:15:44 PM | 2 | COMPLAINT | | 5 |
| 8/26/2022 4:15:44 PM | 3 | INTERROGATORIES(R33) | Discovery to Safeco | 5 |
| 8/26/2022 4:15:44 PM | 4 | INTERROGATORIES(R33) | Discovery to Marsh & Mclennan | 5 |
| 8/26/2022 4:16:01 PM | 5 | COMPLAINT - TRANSMITTAL | E-NOTICE TRANSMITTALS | 3 |
| 8/26/2022 4:16:01 PM | 6 | COMPLAINT - SUMMONS | E-NOTICE TRANSMITTALS | 2 |
| 8/31/2022 9:42:11 AM | 7 | RETURN RECEIPT | | 1 |
| 8/31/2022 9:42:36 AM | 8 | RETURN RECEIPT | | 1 |

 *END OF THE REPORT*

ELECTRONICALLY FILED
8/26/2022 4:15 PM
12-CV-2022-900064.00
CIRCUIT COURT OF
CHAMBERS COUNTY, ALABAMA
LISA BURDETTE, CLERK

| State of Alabama<br>Unified Judicial System<br><br>Form ARCiv-93   Rev. 9/18 | **COVER SHEET**<br>**CIRCUIT COURT - CIVIL CASE**<br>(Not For Domestic Relations Cases) | Case<br>12<br><br>Date of Filing:<br>08/26/2022 | Judge Code: |

## GENERAL INFORMATION

### IN THE CIRCUIT COURT OF CHAMBERS COUNTY, ALABAMA
### JAN MONCUS v. SAFECO INSURANCE COMPANY OF AMERICA ET AL

**First Plaintiff:** ☐ Business  ☑ Individual  ☐ Government  ☐ Other

**First Defendant:** ☑ Business  ☐ Individual  ☐ Government  ☐ Other

**NATURE OF SUIT:** Select primary cause of action, by checking box (check only one) that best characterizes your action:

**TORTS: PERSONAL INJURY**
- ☐ WDEA - Wrongful Death
- ☑ TONG - Negligence: General
- ☐ TOMV - Negligence: Motor Vehicle
- ☐ TOWA - Wantonness
- ☐ TOPL - Product Liability/AEMLD
- ☐ TOMM - Malpractice-Medical
- ☐ TOLM - Malpractice-Legal
- ☐ TOOM - Malpractice-Other
- ☐ TBFM - Fraud/Bad Faith/Misrepresentation
- ☐ TOXX - Other: _____

**TORTS: PERSONAL INJURY**
- ☐ TOPE - Personal Property
- ☐ TORE - Real Properly

**OTHER CIVIL FILINGS**
- ☐ ABAN - Abandoned Automobile
- ☐ ACCT - Account & Nonmortgage
- ☐ APAA - Administrative Agency Appeal
- ☐ ADPA - Administrative Procedure Act
- ☐ ANPS - Adults in Need of Protective Service

**OTHER CIVIL FILINGS (cont'd)**
- ☐ MSXX - Birth/Death Certificate Modification/Bond Forfeiture Appeal/<br>Enforcement of Agency Subpoena/Petition to Preserve
- ☐ CVRT - Civil Rights
- ☐ COND - Condemnation/Eminent Domain/Right-of-Way
- ☐ CTMP - Contempt of Court
- ☐ CONT - Contract/Ejectment/Writ of Seizure
- ☐ TOCN - Conversion
- ☐ EQND - Equity Non-Damages Actions/Declaratory Judgment/<br>Injunction Election Contest/Quiet Title/Sale For Division
- ☐ CVUD - Eviction Appeal/Unlawful Detainer
- ☐ FORJ - Foreign Judgment
- ☐ FORF - Fruits of Crime Forfeiture
- ☐ MSHC - Habeas Corpus/Extraordinary Writ/Mandamus/Prohibition
- ☐ PFAB - Protection From Abuse
- ☐ EPFA - Elder Protection From Abuse
- ☐ QTLB - Quiet Title Land Bank
- ☐ FELA - Railroad/Seaman (FELA)
- ☐ RPRO - Real Property
- ☐ WTEG - Will/Trust/Estate/Guardianship/Conservatorship
- ☐ COMP - Workers' Compensation
- ☐ CVXX - Miscellaneous Circuit Civil Case

**ORIGIN:**   F ☑ INITIAL FILING   A ☐ APPEAL FROM DISTRICT COURT   O ☐ OTHER

   R ☐ REMANDED   T ☐ TRANSFERRED FROM OTHER CIRCUIT COURT

**HAS JURY TRIAL BEEN DEMANDED?** ☑ YES ☐ NO   **Note:** Checking "Yes" does not constitute a demand for a jury trial. (See Rules 38 and 39, Ala.R.Civ.P, for procedure)

**RELIEF REQUESTED:**   ☑ MONETARY AWARD REQUESTED   ☐ NO MONETARY AWARD REQUESTED

**ATTORNEY CODE:**
SAN048   8/26/2022 4:15:38 PM   /s/ CHRISTOPHER E. SANSPREE
_____   _____   _____
   Date   Signature of Attorney/Party filing this form

**MEDIATION REQUESTED:**   ☐ YES ☑ NO ☐ UNDECIDED

**Election to Proceed under the Alabama Rules for Expedited Civil Actions:**   ☐ YES ☑ NO

ELECTRONICALLY FILED
8/26/2022 4:15 PM
12-CV-2022-900064.00
CIRCUIT COURT OF
CHAMBERS COUNTY, ALABAMA
LISA BURDETTE, CLERK

# IN THE CIRCUIT COURT FOR CHAMBERS COUNTY, ALABAMA

| | |
|---|---|
| JAN MONCUS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CV-2022- |
| vs. | ) |
| | ) |
| SAFECO INSURANCE COMPANY OF AMERICA; | ) |
| MARSH & McLENNAN AGENCY, LLC; | ) |
| and Fictitious Defendants | ) |
| "A", "B", "C", "D", "E", and "F", | ) |
| whether singular or plural, are those other | ) |
| persons, corporations, firms or other | ) |
| entities whose wrongful conduct caused | ) |
| or contributed to cause the injuries and | ) |
| damages to Plaintiff, all of whose true | ) |
| and correct names are unknown to | ) |
| Plaintiff at this time, but will be | ) |
| substituted by amendment when | ) |
| ascertained, | ) |
| | ) |
| Defendants. | ) |

## **COMPLAINT**

## **Statement of the Parties**

1.      Plaintiff Jan Moncus is over the age of nineteen and is resident citizen of Chambers County, Alabama.

2.      Defendant Safeco Insurance Company of America (hereinafter referred to as "Defendant Safeco") is a foreign corporation doing business by agent in Chambers County, Alabama.

3.      Defendant Marsh & McLennan Agency, LLC (hereinafter referred to as "Defendant Marsh") is a foreign corporation doing business by agent in Chambers County, Alabama.

4.      Fictitious Defendants "A", "B", "C", "D", "E" and "F" whether singular or plural, are those other persons, firms, corporations, or other entities whose wrongful conduct caused or contributed to cause the injuries and damages to Plaintiff, all of whose true and correct names are unknown to Plaintiff at this time, but will be substituted by amendment when ascertained.

**Statement of the Facts**

**COUNTS**
*(Fraudulent Misrepresentation/Negligence or Wantonness/ Breach of Contract)*

5.      Plaintiff's mother (Nell Phillips) had a homeowners insurance underwritten by Defendant Safeco (policy number OF2111304) insuring her home located at 1800 8th Street SW, Lanett, Alabama 36863-2140, that she had purchased through what is now Marsh & McLennan Agency, LLC.  On or about December 3, 2020, Plaintiff's mother (Nell Phillips) passed away and Plaintiff became in charge of her mother's Estate, which included the aforementioned home. Plaintiff notified Marsh & McLennan Agency, LLC of her mother's passing *(Plaintiff also had insurance through Marsh & McLennan Agency, LLC)* and asked it to make sure that Plaintiff's name was placed on the homeowner's insurance policy and all correspondence concerning her deceased mother's homeowner's insurance coverage be sent to Plaintiff's address, which is 2000 10th Street SW, Lanett, Alabama 36863.  At said time and place, Marsh & McLennan Agency, LLC *(acting individually and on behalf of Defendant Safeco as its agent, representative or employee)* represented to Plaintiff in Chambers County, Alabama that it would make sure that Plaintiff's name was added to her deceased mother's homeowner's insurance policy and that the mailing address was changed and that all mailings concerning her deceased mother's homeowners insurance coverage be sent to Plaintiff's attention at Plaintiff's address at 2000 10th Street SW, Lanett, Alabama 36863.  Plaintiff relied upon this representation, subsequently paid her mother's homeowner's insurance premium herself and took no further action at that time

concerning the homeowner's insurance coverage.  Plaintiff owned the home located at 1800 8th Street SW, Lanett, Alabama 36863-2140 at this time.

6.     On or about April 24, 2021, the home located at 1800 8th Street SW, Lanett, Alabama 36863-2140 suffered hail damage during a storm and Plaintiff filed a claim for benefits with Defendant Safeco.  Defendant Safeco issued claim benefit checks on said claim in Plaintiff's deceased mother's name and sent them to Plaintiff's deceased mother's address. Plaintiff contacted Defendant Safeco and informed it that her mother had passed back in December of 2020; that Plaintiff now owned the insured property, and that Plaintiff had paid the premiums for the insurance coverage for said property.  Plaintiff asked Defendant Safeco to reissue the claim check to her and to add Plaintiff's name to the homeowner's insurance policy and change the mailing address to Plaintiff's address at 2000 10th Street SW, Lanett, Alabama 36863.  Defendant Safeco agreed and represented to Plaintiff that it would do so.  Plaintiff relied upon this representation and took no further action at that time concerning the homeowner's insurance coverage.

7.     On or about June 3, 2021, a water heater "exploded" in the home located at 1800 8th Street SW, Lanett, Alabama 36863-2140, and Plaintiff made another claim for benefits with Defendant Safeco.  The repairs from the damage caused by the "exploding" water heater took over 3 months and benefits were paid to Plaintiff by Defendant Safeco.

8.     On or about September 24, 2021, after the aforementioned repairs had been completed, Plaintiff turned the water back on in the home and water again flooded the home. Plaintiff made another claim for benefits with Defendant Safeco and Defendant Safeco initially paid over $11,000.00 for water damage remediation, but then subsequently denied Plaintiff's claim for additional benefits on the grounds that Plaintiff's homeowner's insurance policy had

lapsed back in August for non-payment of premiums.  When questioned by Plaintiff, Defendant Safeco stated that it had mailed out four (4) delinquent notices regarding the needed premium payments to Plaintiff's deceased mother at Plaintiff's deceased mother's address, 1800 8th Street SW, Lanett, Alabama 36863-2140.  This is despite the fact that both Defendants Marsh & McLennan Agency, LLC and Defendant Safeco having previously represented to Plaintiff that her name would be added to the homeowner's insurance policy and that all mailings concerning the same would be mailed to Plaintiff at her address, 2000 10th Street SW, Lanett, Alabama 36863.  This is despite the fact that the benefit checks on the previous two claims had been changed and made payable to Plaintiff.

9.      The above identified representations made to the Plaintiff by the Defendants regarding having all mailings concerning the homeowner's insurance coverage mailed to Plaintiff at her address, 2000 10th Street SW, Lanett, Alabama 36863 were false, and the Defendants knew they were false when made to the Plaintiff.

10.     Plaintiff reasonably relied upon the Defendants' misrepresentations, and did so to her detriment.

11.     Plaintiff discovered the Defendants' fraud within 2 years of filing this action against the Defendants.

12.     The Defendants' fraudulent conduct was done intentionally, recklessly, negligently and/or wantonly and Defendant has a pattern and practice of making similar representations to other individuals.

13.     In addition to the intentional, reckless, negligent or wanton fraudulent misrepresentations made to the Plaintiff by Defendants, Defendant Safeco also breached its

insurance contract with Plaintiff by refusing to pay her claim it had assumed the responsibility of paying.

14.     Defendants were negligent and/or wanton in its dealings with the Plaintiff.

WHEREFORE, Plaintiff demands judgment against Defendants in such an amount in damages as a jury deems reasonable and may award, plus costs, not to exceed $74,999.99.

## <u>**JURY DEMAND**</u>

**PLAINTIFF HEREBY DEMANDS TRIAL BY JURY
ON ALL ISSUES OF THIS CAUSE.**

*/s/Christopher E. Sanspree*
CHRISTOPHER E. SANSPREE (SAN048)
Attorney for Plaintiff
603 Martha Street
Montgomery, Alabama 36104
(334) 262-1001
(334) 262-1002 facsimile
chris.sanspree@sanspreelaw.com

DOCUMENT 3

ELECTRONICALLY FILED
8/26/2022 4:15 PM
12-CV-2022-900064.00
CIRCUIT COURT OF
CHAMBERS COUNTY, ALABAMA
LISA BURDETTE, CLERK

## IN THE CIRCUIT COURT FOR CHAMBERS COUNTY, ALABAMA

| | |
|---|---|
| JAN MONCUS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CV-2022- |
| vs. | ) |
| | ) |
| SAFECO INSURANCE COMPANY OF AMERICA; | ) |
| MARSH & McLENNAN AGENCY, LLC; | ) |
| and Fictitious Defendants | ) |
| "A", "B", "C", "D", "E", and "F", | ) |
| whether singular or plural, are those other | ) |
| persons, corporations, firms or other | ) |
| entities whose wrongful conduct caused | ) |
| or contributed to cause the injuries and | ) |
| damages to Plaintiff, all of whose true | ) |
| and correct names are unknown to | ) |
| Plaintiff at this time, but will be | ) |
| substituted by amendment when | ) |
| ascertained, | ) |
| | ) |
| Defendants. | ) |

### PLAINTIFF'S FIRST SET OF INTERROGATORIES AND REQUEST FOR PRODUCTION TO DEFENDANT SAFECO

Pursuant to Rules 33 and 34 of the Alabama Rules of Civil Procedure, Plaintiff propounds the following Interrogatories and Requests for Production to be answered by Defendant Safeco in the manner and form prescribed by law:

### INTERROGATORIES

1. State the correct name of this Defendant.

2. What files are maintained by this Defendant on agents and/or employees licensed and/or trained under this Defendant to sell insurance for the Defendant in the State of Alabama?

3.    List each state in which the Defendant has licensed and/or trained agents and/or employees under this Defendant to sell insurance for this Defendant like the insurance sold to the Plaintiff in this case in the past 10 years.

4.    State the name and position of the individual who is most knowledgeable or who was responsible for the sale of the insurance to the Plaintiff in this case.

5.    Has this Defendant's been sued in Alabama for any of its agent's making fraudulent misrepresentations to individuals similar to the representations allegedly made to the Plaintiff in this case within the last five (5) years?  If so, please state the Court in which such case was filed.

## **REQUEST FOR PRODUCTION**

1.    All files relating to the Plaintiff or any member of her family.

2.    The agent and/or employee's personnel file that dealt with the Plaintiff or any member of her family in any way whatsoever.

3.    Any documents evidencing any formal or informal complaints, written or verbal, received by this Defendant at any time whatsoever relating to the agent and/or employee who dealt with Plaintiff or any member of her family from whatever source.

4.    All correspondence or conversations between the Plaintiff or any family member and any Defendant, including any tape recordings or transcriptions.

5.    All correspondence, records, endorsements, applications, receipts, telephone logs, phone recordings, phone transcriptions or memoranda, documents, memoranda, computer printouts, statements, or printable information from this Defendant's

computers at any office which pertains in any way to Plaintiff or mentions Plaintiff or any member of her family by name or her claim for benefits.

6. All notes or transcribed recording of any telephone or other type of conversation between any Defendant and Plaintiff or any member of her family.

7. The entire company file dealing with the Plaintiff or any member of her family.

8. All documents, including applications that have a signature on them that appear to be that of the Plaintiff or any member of her family.

9. Any documents that this Defendant claims to have been executed by the Plaintiff or a family member.

10. Any and all documents relating in any way to this Defendant's selection, contracting, training, monitoring or supervision of the agent and/or employee that dealt with Plaintiff or any member of her family.

11. Any and all correspondence, records, documents, memoranda, computer printouts, or other information of whatever type or description which is maintained by this Defendant which pertain in any way to the agent and/or employee that dealt with Plaintiff or any member of her family, not otherwise specifically requested, that have any bearing on or relate to the selling or placing of insurance for this Defendant.

12. All documents pertaining in any way to any investigation of the background of the agent and/or employee that dealt with Plaintiff or any member of her family done by this Defendant prior to entering into any agency and/employee contract or other association with the agent and/or employee that dealt with Plaintiff or any member of her family.

13. All documents pertaining in any way to the suitability of the agent and/or employee that dealt with Plaintiff or any member of her family to act or work as an agent and/or employee on behalf of or for this Defendant.

14. All correspondence, memoranda or other documents sent by any agent or employee of this Defendant, which in any way reprimands, censures or criticizes him or her for any possible misconduct.

15. Any statements taken from anyone regarding this case.

16. Any documents or writings indicating that this Defendant is not ultimately responsible for Plaintiff's claims at issue in this case.

17. A copy of any contract, agreements, or otherwise that exist now or have previously existed in the past between the Defendant and third parties that in any way affect Plaintiff's claims and/or this Defendant's responsibility for paying any potential judgment.

  /s/*Christopher E. Sanspree*_____
CHRISTOPHER E. SANSPREE (SAN048)
One of the Attorneys for Plaintiff
603 Martha Street
Montgomery, Alabama 36104
(334) 262-1001
(334) 262-1002 facsimile
chris.sanspree@sanspreelaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing will be served upon all parties via certified mail by the clerk of the Court on this the 26th day of August, 2022.


*/s/Christopher E. Sanspree*
Of Counsel

DOCUMENT 4

ELECTRONICALLY FILED
8/26/2022 4:15 PM
12-CV-2022-900064.00
CIRCUIT COURT OF
CHAMBERS COUNTY, ALABAMA
LISA BURDETTE, CLERK

## IN THE CIRCUIT COURT FOR CHAMBERS COUNTY, ALABAMA

| | |
|---|---|
| JAN MONCUS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CV-2022- |
| vs. | ) |
| | ) |
| SAFECO INSURANCE COMPANY OF AMERICA; | ) |
| MARSH & McLENNAN AGENCY, LLC; | ) |
| and Fictitious Defendants | ) |
| "A", "B", "C", "D", "E", and "F", | ) |
| whether singular or plural, are those other | ) |
| persons, corporations, firms or other | ) |
| entities whose wrongful conduct caused | ) |
| or contributed to cause the injuries and | ) |
| damages to Plaintiff, all of whose true | ) |
| and correct names are unknown to | ) |
| Plaintiff at this time, but will be | ) |
| substituted by amendment when | ) |
| ascertained, | ) |
| | ) |
| Defendants. | ) |

### PLAINTIFF'S FIRST SET OF INTERROGATORIES AND REQUEST FOR PRODUCTION TO DEFENDANT MARSH & McLENNAN AGENCY, LLC

Pursuant to Rules 33 and 34 of the Alabama Rules of Civil Procedure, Plaintiff propounds the following Interrogatories and Requests for Production to be answered by Defendant Marsh & McLennan Agency, LLC in the manner and form prescribed by law:

### INTERROGATORIES

1.    State the correct name of this Defendant.

2.    What files are maintained by this Defendant on agents and/or employees licensed and/or trained under this Defendant to sell insurance for the Defendant in the State of Alabama?

3.      List each state in which the Defendant has licensed and/or trained agents and/or employees under this Defendant to sell insurance for this Defendant like the insurance sold to the Plaintiff in this case in the past 10 years.

4.      State the name and position of the individual who is most knowledgeable or who was responsible for the sale of the insurance to the Plaintiff in this case.

5.      Has this Defendant's been sued in Alabama for any of its agent's making fraudulent misrepresentations to individuals similar to the representations allegedly made to the Plaintiff in this case within the last five (5) years?  If so, please state the Court in which such case was filed.

## REQUEST FOR PRODUCTION

1.      All files relating to the Plaintiff or any member of her family.

2.      The agent and/or employee's personnel file that dealt with the Plaintiff or any member of her family in any way whatsoever.

3.      Any documents evidencing any formal or informal complaints, written or verbal, received by this Defendant at any time whatsoever relating to the agent and/or employee who dealt with Plaintiff or any member of her family from whatever source.

4.      All correspondence or conversations between the Plaintiff or any family member and any Defendant, including any tape recordings or transcriptions.

5.      All correspondence, records, endorsements, applications, receipts, telephone logs, phone recordings, phone transcriptions or memoranda, documents, memoranda, computer printouts, statements, or printable information from this Defendant's

2

computers at any office which pertains in any way to Plaintiff or mentions Plaintiff or any member of her family by name or her claim for benefits.

6.    All notes or transcribed recording of any telephone or other type of conversation between any Defendant and Plaintiff or any member of her family.

7.    The entire company file dealing with the Plaintiff or any member of her family.

8.    All documents, including applications that have a signature on them that appear to be that of the Plaintiff or any member of her family.

9.    Any documents that this Defendant claims to have been executed by the Plaintiff or a family member.

10.   Any and all documents relating in any way to this Defendant's selection, contracting, training, monitoring or supervision of the agent and/or employee that dealt with Plaintiff or any member of her family.

11.   Any and all correspondence, records, documents, memoranda, computer printouts, or other information of whatever type or description which is maintained by this Defendant which pertain in any way to the agent and/or employee that dealt with Plaintiff or any member of her family, not otherwise specifically requested, that have any bearing on or relate to the selling or placing of insurance for this Defendant.

12.   All documents pertaining in any way to any investigation of the background of the agent and/or employee that dealt with Plaintiff or any member of her family done by this Defendant prior to entering into any agency and/employee contract or other association with the agent and/or employee that dealt with Plaintiff or any member of her family.

13. All documents pertaining in any way to the suitability of the agent and/or employee that dealt with Plaintiff or any member of her family to act or work as an agent and/or employee on behalf of or for this Defendant.

14. All correspondence, memoranda or other documents sent by any agent or employee of this Defendant, which in any way reprimands, censures or criticizes him or her for any possible misconduct.

15. Any statements taken from anyone regarding this case.

16. Any documents or writings indicating that this Defendant is not ultimately responsible for Plaintiff's claims at issue in this case.

17. A copy of any contract, agreements, or otherwise that exist now or have previously existed in the past between the Defendant and third parties that in any way affect Plaintiff's claims and/or this Defendant's responsibility for paying any potential judgment.

 /s/*Christopher E. Sanspree*
CHRISTOPHER E. SANSPREE (SAN048)
One of the Attorneys for Plaintiff
603 Martha Street
Montgomery, Alabama 36104
(334) 262-1001
(334) 262-1002 facsimile
chris.sanspree@sanspreelaw.com

4

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing will be served upon all parties via certified mail by the clerk of the Court on this the 26th day of August, 2022.


*/s/Christopher E. Sanspree*____
Of Counsel



AlaFile E-Notice

12-CV-2022-900064.00

To:   CHRISTOPHER E. SANSPREE
      chris.sanspree@sanspreelaw.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF CHAMBERS COUNTY, ALABAMA

JAN MONCUS V. SAFECO INSURANCE COMPANY OF AMERICA ET AL
12-CV-2022-900064.00

The following complaint was FILED on 8/26/2022 4:15:44 PM

Notice Date:      8/26/2022 4:15:44 PM

LISA BURDETTE
CIRCUIT COURT CLERK
CHAMBERS COUNTY, ALABAMA
2 LAFAYETTE STREET
LAFAYETTE, AL, 36862

334-864-4348
lisa.burdette@alacourt.gov



AlaFile E-Notice

12-CV-2022-900064.00

To: SAFECO INSURANCE COMPANY OF AMERICA
C/O CORP. SERV. CO., INC.
641 SOUTH LAWRENCE STREET
MONTGOMERY, AL, 36104

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF CHAMBERS COUNTY, ALABAMA

JAN MONCUS V. SAFECO INSURANCE COMPANY OF AMERICA ET AL
12-CV-2022-900064.00

The following complaint was FILED on 8/26/2022 4:15:44 PM

Notice Date:     8/26/2022 4:15:44 PM

LISA BURDETTE
CIRCUIT COURT CLERK
CHAMBERS COUNTY, ALABAMA
2 LAFAYETTE STREET
LAFAYETTE, AL, 36862

334-864-4348
lisa.burdette@alacourt.gov



AlaFile E-Notice

12-CV-2022-900064.00

To:  MARSH & MCLENNAN AGENCY, LLC
C/O CT CORP. SYS.
2 N JACKSON ST, STE 605
MONTGOMERY, AL, 36104

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF CHAMBERS COUNTY, ALABAMA

JAN MONCUS V. SAFECO INSURANCE COMPANY OF AMERICA ET AL
12-CV-2022-900064.00

The following complaint was FILED on 8/26/2022 4:15:44 PM

Notice Date:     8/26/2022 4:15:44 PM

LISA BURDETTE
CIRCUIT COURT CLERK
CHAMBERS COUNTY, ALABAMA
2 LAFAYETTE STREET
LAFAYETTE, AL, 36862

334-864-4348
lisa.burdette@alacourt.gov

| State of Alabama<br>Unified Judicial System<br>Form C-34   Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>12-CV-2022-900064.00 |
|---|---|---|

### IN THE CIRCUIT COURT OF CHAMBERS COUNTY, ALABAMA
### JAN MONCUS V. SAFECO INSURANCE COMPANY OF AMERICA ET AL

**NOTICE TO:** SAFECO INSURANCE COMPANY OF AMERICA, C/O CORP. SERV. CO., INC. 641 SOUTH LAWRENCE STREET, MONTGOMERY, AL 36104

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), CHRISTOPHER E. SANSPREE

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: 603 Martha Street, MONTGOMERY, AL 36104

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of JAN MONCUS pursuant to the Alabama Rules of the Civil Procedure.

*[Name(s)]*

| 08/26/2022 | /s/ LISA BURDETTE | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.  /s/ CHRISTOPHER E. SANSPREE

*(Plaintiff's/Attorney's Signature)*

## RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____ .

*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

_____ in _____ County,

*(Name of Person Served)*        *(Name of County)*

Alabama on _____ .

*(Date)*

_____        _____        _____
*(Type of Process Server)*        *(Server's Signature)*        *(Address of Server)*

_____        _____
*(Server's Printed Name)*        *(Phone Number of Server)*

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 4/2017 | SUMMONS<br>- CIVIL - | Court Case Number<br>12-CV-2022-900064.00 |
|---|---|---|

**IN THE CIRCUIT COURT OF CHAMBERS COUNTY, ALABAMA**
**JAN MONCUS V. SAFECO INSURANCE COMPANY OF AMERICA ET AL**

**NOTICE TO:** MARSH & MCLENNAN AGENCY, LLC, C/O CT CORP. SYS. 2 N JACKSON ST, STE 605, MONTGOMERY, AL 36104

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), CHRISTOPHER E. SANSPREE

,

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: 603 Martha Street, MONTGOMERY, AL 36104
.

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of JAN MONCUS

pursuant to the Alabama Rules of the Civil Procedure.

*[Name(s)]*

| 08/26/2022 | /s/ LISA BURDETTE | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.　　　　/s/ CHRISTOPHER E. SANSPREE

*(Plaintiff's/Attorney's Signature)*

## RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____ .

*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

_____ in _____ County,

*(Name of Person Served)*　　　　　　　　　*(Name of County)*

Alabama on _____ .

*(Date)*

_____　　_____　　_____
*(Type of Process Server)*　　　　*(Server's Signature)*　　　　*(Address of Server)*

　　　　　　　　　　　　　　_____　　_____
　　　　　　　　　　　　　　*(Server's Printed Name)*　　　　*(Phone Number of Server)*

# U.S. Postal Service™
# CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee

$

Extra Services & Fees (check box, add fee as appropriate)

☐ Return Receipt (hardcopy)          $

☐ Return Receipt (electronic)        $

☐ Certified Mail Restricted Delivery  $

☐ Adult Signature Required           $

☐ Adult Signature Restricted Delivery $

AUG 3 0 2022

Postmark
Here

Postage

$

Total Postage and Fees

$

Sent To
*Marsh & McLennan Agency*

Street and Apt. No., or PO Box No.
*2 N. Jackson St. Ste 605*

City, State, ZIP+4®
*Montgomery, AL 36104*     *CV·22·900064*

PS Form 3800, April 2015 PSN 7530-02-000-9047          See Reverse for Instructions

7020 0640 0002 3355 5488

# U.S. Postal Service™
# CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*.

OFFICIAL USE

Certified Mail Fee

$

Extra Services & Fees *(check box, add fee as appropriate)*

☐ Return Receipt (hardcopy)            $ _____
☐ Return Receipt (electronic)          $ _____
☐ Certified Mail Restricted Delivery    $ _____
☐ Adult Signature Required             $ _____
☐ Adult Signature Restricted Delivery   $ _____

Postage

$

Total Postage and Fees

$

Postmark
Here
AUG 30 2022

Sent To
*Safeco Ins. Co. of Amer. ℅ CSC)*

Street and Apt. No., or PO Box No.
*641 S. Lawrence St*

City, State, ZIP+4®
*Mont. AL 36104*          *CV-22-900064*

7020 0640 0002 3355 5655

PS Form 3800, April 2015 PSN 7530-02-000-9047        See Reverse for Instructions